■ In the Matter of DARREN L., a Person Alleged to be in Need of Supervision, Appellant. JAMES HAWLEY, as Assistant Principal of Gouvernor Central School, Respondent. [616 NYS2d 259] —Appeal from an order of the Family Court of St. Lawrence County (Nelson, J.), entered January 21, 1993, which granted petitioner's application, in a proceeding pursuant to Family Court Act article 7, to adjudicate respondent a person in need of supervision.

Order affirmed, upon the opinion of Judge David S. Nelson.

Mikoll, J. P., Mercure, Weiss, Yesawich Jr. and Peters, JJ., concur. Ordered that the order is affirmed, without costs.